IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:06-cr-31 |
| v. | |
| | ACCEPTANCE OF MAGISTRATE |
| | JUDGE'S REPORT & |
| JAMES LEROY GAMBS | RECOMMENDATION REGARDING |
| | DEFENDANT'S GUILTY PLEA |
| Defendant. | |

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)m the October 23, 2006 Report And Recommendation of the United States Magistrate Judge recommending that Defendant James Leroy Gambs' guilty plea be accepted, to which there has been no timely objection, is accepted, and Defendant's plea of guilty to Count 1 of the Indictment is now accepted.

IT IS SO ORDERED.

Dated this ___18th___ day of December, 2006.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT